**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

**FILED
JANUARY 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

KEMPER VALVE & FITTINGS CORP.
   v.
BUDDY WOOD, KENNETH KLINGBAIL
and FLOW VALVE, LLC

Case Number:

**JUDGE GUZMAN
MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF, KEMPER VALVE & FITTINGS CORP.

**08 C 513**

| | |
|---|---|
| NAME (Type or print)  Davi L. Hirsch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Davi L. Hirsch | |
| FIRM  KLEIN DUB & HOLLEB, LTD. | |
| STREET ADDRESS  660 LaSalle Street, Suite 100 | |
| CITY/STATE/ZIP  Highland Park, IL 60089 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6182757 | TELEPHONE NUMBER  847-681-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |