**FILED**

**JANUARY 23, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number:

KEMPER VALVE & FITTINGS CORP.
            v.
BUDDY WOOD, KENNETH KLINGBAIL                       **JUDGE GUZMAN**
and FLOW VALVE, LLC                                 **MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, KEMPER VALVE & FITTINGS CORP.            **08 C 513**

| NAME (Type or print) |
| --- |
| Daniel R. Madock |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/  Daniel R. Madock |

| FIRM |
| --- |
| KLEIN DUB & HOLLEB, LTD. |

| STREET ADDRESS |
| --- |
| 660 LaSalle Street, Suite 100 |

| CITY/STATE/ZIP |
| --- |
| Highland Park, IL  60089 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6192393 | 847-681-9100 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |