AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

KEMPER VALVE & FITTINGS CORP.

v.

BUDDY WOOD, KENNETH KLINGBAIL,
FLOW VALVE, LLC

CASE NUMBER: **08 C 513**

ASSIGNED JUDGE: **JUDGE GUZMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Chesley Tucker (Registered Agent)
Flow Valve, LLC
2214 W. 14th Street
Sulphur, OK 73086

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Klein Dub & Holleb, Ltd.
660 LaSalle Place, Suite 100
Highland Park, IL 60035

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**January 23, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE January 23, 2008 |
| NAME OF SERVER (PRINT) Royce King | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: Flow Valve, 2212 W. 14th Street, Sapulpa, Oklahoma

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

G Returned unexecuted: ________

G Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/29/2008
Date

Bobby Royce King
*Signature of Server*

P.O. Box 391
Madill, Oklahoma 73446
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.