U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 513
KEMPER VALVE & FITTINGS CORP.
v.
BUDDY WOOD, KENNETH KLINGBAIL,
FLOW VALVE, LLC,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BUDDY WOOD, KENNETH KLINGBAIL, and FLOW VALVE, LLC

| | |
|---|---|
| NAME (Type or print) <br> Paul E. Lehner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul E. Lehner | |
| FIRM <br> Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. | |
| STREET ADDRESS <br> 150 N. Michigan Ave., Suite 2130 | |
| CITY/STATE/ZIP <br> Chicago, Illinois, 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03121847 | TELEPHONE NUMBER <br> (312)781-2800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☑ NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |