IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEMPER VALVE & FITTINGS CORP. | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 513 ) |
| BUDDY WOOD, KENNETH KLINGBAIL, FLOW VALVE, LLC, | ) Honorable Judge Guzman ) Magistrate Judge Nolan ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

To:   Davi Lynn Hirsch              Daniel R. Madock
      Joshua D. Holleb              Klein, Dub & Holleb, Ltd.
      Klein, Dub & Holleb, Ltd.     525 W. Monroe Street, Suite 2360
      660 LaSalle Place             Chicago, IL 60661
      Highland Park, IL 60035

PLEASE TAKE NOTICE that on Tuesday, March 4, 2008, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, in Room 1219 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the Motion of Defendant Flow Valve, LLC to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue.

Respectfully submitted,

/s/ Paul E. Lehner
One of the attorneys for defendant,
Flow Valve, LLC

William W. Speed
George W. Braly
Braly, Braly, Speed & Morris, PLLC
201 W. 14th Street
P.O. Box 2739
Ada, OK 74821-2739
Phone: 580-436-0871
Fax: 580-436-0889

James D. Adducci
Paul E. Lehner
ADDUCCI, DORF, LEHNER, MITCHELL
& BLANKENSHIP, P.C.
150 N. Michigan Avenue, Suite 2130
Chicago, IL 60601
Phone: 312-781-2800