IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEMPER VALVE & FITTINGS CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 513 |
| | ) | |
| BUDDY WOOD, KENNETH KLINGBAIL, | ) | HONORABLE JUDGE GUZMAN |
| FLOW VALVE, LLC, | ) | MAGISTRATE JUDGE NOLAN |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF MARK NOWELL

I, Mark Nowell, declare and state as follows:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein, and am competent to testify as to them if called upon to do so.

2. I am a citizen and resident of the State of Oklahoma where I have resided since April, 1997.

3. I am the Manager of Flow Valve, LLC ("Flow Valve"). Flow Valve is an Oklahoma limited liability company that was organized on February 13, 2007. Flow Valve's only location is in Sulpur, Oklahoma.

4. Since its inception, Flow Valve has not done business in Illinois, has had no customers in Illinois, and has not had any contracts or business dealings with an Illinois resident.

5. Flow Valve has never maintained offices in Illinois.

6. Flow Valve has never owned any real property in Illinois.

7. Flow Valve has never leased any real property in Illinois.

8. Flow Valve has never maintained a bank account in Illinois.



EXHIBIT A

9. Flow Valve has never paid any taxes in Illinois.

10. Flow Valve does not maintain an office or employees within the state of Illinois.

11. Flow Valve does not send employees, agents or representatives into Illinois to conduct business.

12. Flow Valve does not advertise or solicit business in Illinois.

13. Flow Valve does not have a designated agent for service of process in Illinois.

UNDER PENALTIES OF LAW AS PROVIDED IN SECTION 1-109 OF THE ILLINOIS CODE OF CIVIL PROCEDURE, I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: February 28 2008

_____
Mark Nowell
as Manager of Flow Valve, LLC