IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEMPER VALVE & FITTINGS CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 513 |
| | ) | |
| BUDDY WOOD, KENNETH KLINGBAIL, | ) | HONORABLE JUDGE GUZMAN |
| FLOW VALVE, LLC, | ) | MAGISTRATE JUDGE NOLAN |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF KENNETH KLINGBAIL**

I, Kenneth Klingbail, declare and state as follows:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein, and am competent to testify as to them if called upon to do so.

2. I am a citizen and resident of the State of Oklahoma.

3. I began employment with Flow Valve, LLC in September 2007.

4. I work only at Flow Valve's facility located in Sulphur, Oklahoma. I have never done anything on behalf of Flow Valve in the state of Illinois or in contact with anyone who was located in Illinois.

5. I resigned from Kemper Valve & Fittings Corp. on July 3, 2007. At that time my plans were to move to Houston, Texas. I shipped my household belongings to Houston, Texas and had begun the process of purchasing real property in the Houston area. I had resided in the Houston, Texas area before I went to work for Kemper and moved to Illinois.



EXHIBIT C

6.  Buddy Wood did not cause or convince me to leave employment with Kemper. Buddy Wood did not ask me to come to work for Flow Valve, while I was employed by Kemper. I did not leave employment with Kemper with the intention of going to work for Flow Valve.

7.  I did not enter into any agreement with Buddy Wood to create a competitor to Kemper or to create Flow Valve, LLC.

8.  I have not solicited any of Kemper's top twenty (20) customers.

9.  I was not affiliated with Flow Valve in any way and did nothing on its behalf, while I was employed by Kemper or while I resided in Illinois.

UNDER PENALTIES OF LAW AS PROVIDED IN SECTION 1-109 OF THE ILLINOIS CODE OF CIVIL PROCEDURE, I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: February 28, 2008

_____
Kenneth Klingbail