IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEMPER VALVE & FITTINGS CORP. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUDDY WOOD, KENNETH KLINGBAIL, ) <br> FLOW VALVE, LLC, ) <br> ) <br> Defendants. ) | No. 08 C 513 <br><br> Honorable Judge Guzman <br> Magistrate Judge Nolan |

### NOTICE OF MOTION

To: Davi Lynn Hirsch                Daniel R. Madock
    Joshua D. Holleb                Klein, Dub & Holleb, Ltd.
    Klein, Dub & Holleb, Ltd.       525 W. Monroe Street, Suite 2360
    660 LaSalle Place               Chicago, IL 60661
    Highland Park, IL 60035

PLEASE TAKE NOTICE that on Tuesday, March 4, 2008, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, in Room 1219 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the Motion of Defendants Buddy Wood and Kenneth Klingbail to Transfer Venue.

Respectfully submitted,

/s/ Paul E. Lehner
One of the attorneys for defendants,
Buddy Wood and Kenneth Klingbail

William W. Speed
George W. Braly
Braly, Braly, Speed & Morris, PLLC
201 W. 14th Street
P.O. Box 2739
Ada, OK 74821-2739
Phone: 580-436-0871
Fax: 580-436-0889

James D. Adducci
Paul E. Lehner
ADDUCCI, DORF, LEHNER, MITCHELL
& BLANKENSHIP, P.C.
150 N. Michigan Avenue, Suite 2130
Chicago, IL 60601
Phone: 312-781-2800