UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Kemper Valve & Fittings Corp.
                          Plaintiff,

v.                                              Case No.: 1:08−cv−00513
                                                      Honorable Ronald A. Guzman

Buddy Wood, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 3, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Set deadlines as to motion by Defendant Flow Valve, LLC to dismiss for lack of jurisdiction or, in the alternative, to transfer venue [15], and motion by Defendants Buddy Wood, Kenneth Klingbail to change venue[18] : Responses due by 3/24/2008. Replies due by 4/14/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.