# EXHIBIT 1

## U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,422 | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | | |
| | Terminations | | 7,929 | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | | |
| | Pending | | 8,091 | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | | |
| | % Change in Total Filings | Over Last Year | 4.1 | | | | | | 27 | 2 |
| | | Over Earlier Years | | | -7.0 | -20.4 | -24.3 | -24.4 | 81 | 6 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | | 15.8 | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 382 | 367 | 412 | 481 | 505 | 506 | 62 | 4 |
| | | Civil | 346 | 330 | 369 | 437 | 461 | 459 | 36 | 3 |
| | | Criminal Felony | 24 | 26 | 34 | 32 | 38 | 39 | 93 | 7 |
| | | Supervised Release Hearings** | 12 | 11 | 9 | 12 | 6 | 8 | 77 | 6 |
| | Pending Cases | | 368 | 351 | 360 | 350 | 395 | 390 | 48 | 3 |
| | Weighted Filings** | | 462 | 443 | 485 | 512 | 526 | 525 | 39 | 3 |
| | Terminations | | 360 | 375 | 400 | 521 | 495 | 487 | 66 | 5 |
| | Trials Completed | | 11 | 11 | 13 | 12 | 12 | 14 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 14.7 | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 90 | 7 |
| | | Civil** | 6.2 | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 29.7 | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 65 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 456 | 500 | 388 | 337 | 442 | 461 | | |
| | | Percentage | 6.5 | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 65 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 45.20 | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | | |
| | | Percent Not Selected or Challenged | 31.8 | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7620 | 118 | 150 | 701 | 53 | 55 | 1504 | 902 | 563 | 428 | 1614 | 23 | 1509 |
| Criminal* | 527 | 1 | 152 | 59 | 43 | 107 | 80 | 13 | 6 | 17 | 11 | 11 | 27 |

\*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **OKLAHOMA EASTERN** | | | \[12-MONTH PERIOD ENDING SEPTEMBER 30\] | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 576 | 627 | 675 | 794 | 859 | 836 | | |
| | Terminations | | 715 | 609 | 691 | 901 | 731 | 818 | | |
| | Pending | | 472 | 594 | 572 | 591 | 698 | 571 | | |
| | % Change in Total Filings | Over Last Year | | -8.1 | | | | | 77 | 8 |
| | | Over Earlier Years | | | -14.7 | -27.5 | -33.0 | -31.1 | 86 | 8 |
| | Number of Judgeships | | 1.50 | 1.50 | 1.50 | 1.50 | 1.50 | 1.50 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | .2 | .8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 384 | 418 | 449 | 529 | 573 | 557 | 60 | 4 |
| | | Civil | 325 | 366 | 381 | 425 | 499 | 494 | 42 | 2 |
| | | Criminal Felony | 47 | 43 | 61 | 91 | 65 | 54 | 73 | 7 |
| | | Supervised Release Hearings** | 12 | 9 | 7 | 13 | 9 | 9 | 77 | 8 |
| | Pending Cases | | 315 | 396 | 381 | 394 | 465 | 381 | 65 | 5 |
| | Weighted Filings** | | 377 | 411 | 437 | 508 | 531 | 539 | 62 | 5 |
| | Terminations | | 477 | 406 | 461 | 601 | 487 | 545 | 33 | 2 |
| | Trials Completed | | 19 | 31 | 29 | 26 | 27 | 23 | 51 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.0 | 6.4 | 6.1 | 5.4 | 4.6 | 4.8 | 25 | 4 |
| | | Civil** | 9.4 | 8.0 | 8.3 | 8.4 | 7.9 | 7.8 | 51 | 5 |
| | From Filing to Trial** (Civil Only) | | - | - | 13.0 | - | - | 8.8 | - | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 3 | 38 | 17 | 13 | 6 | 7 | | |
| | | Percentage | .7 | 6.9 | 3.3 | 2.5 | 1.0 | 1.3 | 2 | 1 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.6 | 1.1 | 1.3 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 37.74 | 35.18 | 58.73 | 31.81 | 48.75 | 28.90 | | |
| | | Percent Not Selected or Challenged | 43.7 | 35.0 | 60.1 | 36.6 | 50.0 | 38.1 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 487 | 105 | 33 | 120 | 9 | 17 | 8 | 40 | 42 | 3 | 84 | 3 | 23 |
| Criminal* | 71 | - | 17 | 1 | 12 | 9 | 4 | 9 | 2 | 9 | 1 | - | 7 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# EXHIBIT 2

Table C-5.
U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending September 30, 2007

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| TOTAL | 182,966 | 8.6 | 43,894 | 5.5 | 106,752 | 7.9 | 22,849 | 13.8 | 9,471 | 127.6 |
| DC | 1,897 | 9.0 | 637 | 7.5 | 1,201 | 9.2 | 31 | 23.5 | 28 | 38.2 |
| 1ST | 5,052 | 9.0 | 2,018 | 5.8 | 2,051 | 8.8 | 816 | 16.6 | 167 | 27.3 |
| ME | 346 | 6.5 | 146 | 4.6 | 176 | 7.1 | 11 | 13.1 | 13 | 15.9 |
| MA | 2,718 | 8.4 | 1,360 | 6.1 | 918 | 8.3 | 343 | 18.3 | 97 | 29.4 |
| NH | 381 | 8.3 | 90 | 2.7 | 118 | 5.0 | 165 | 13.7 | 8 | - |
| RI | 496 | 8.2 | 194 | 6.3 | 192 | 7.9 | 99 | 11.1 | 11 | 25.7 |
| PR | 1,111 | 12.2 | 228 | 6.7 | 647 | 10.9 | 198 | 22.0 | 38 | 32.2 |
| 2ND | 19,231 | 10.5 | 5,177 | 7.1 | 10,910 | 10.8 | 2,845 | 14.6 | 299 | 28.5 |
| CT | 2,032 | 10.5 | 1,239 | 7.6 | 648 | 14.8 | 84 | 23.1 | 61 | 32.4 |
| NY,N | 1,113 | 12.6 | 236 | 6.1 | 525 | 11.0 | 333 | 18.3 | 19 | 32.6 |
| NY,E | 5,124 | 10.8 | 1,030 | 7.3 | 2,891 | 9.3 | 1,121 | 14.4 | 82 | 31.8 |
| NY,S | 9,388 | 9.8 | 2,313 | 7.0 | 5,814 | 10.9 | 1,144 | 12.3 | 117 | 25.7 |
| NY,W | 1,308 | 14.0 | 321 | 8.8 | 817 | 14.0 | 157 | 22.6 | 13 | 50.8 |
| VT | 266 | 8.0 | 38 | 3.3 | 215 | 8.7 | 6 | - | 7 | - |
| 3RD | 18,846 | 7.1 | 3,440 | 4.4 | 11,954 | 5.8 | 3,166 | 14.1 | 286 | 25.3 |
| DE | 609 | 12.5 | 69 | 4.1 | 488 | 12.5 | 23 | 30.1 | 29 | 30.3 |
| NJ | 5,442 | 7.6 | 1,932 | 5.4 | 2,028 | 5.4 | 1,414 | 14.7 | 68 | 30.8 |
| PA,E | 9,099 | 5.7 | 519 | 2.3 | 6,917 | 3.8 | 1,555 | 12.4 | 108 | 18.1 |
| PA,M | 1,394 | 7.6 | 412 | 4.9 | 875 | 7.7 | 67 | 20.4 | 40 | 24.5 |
| PA,W | 2,002 | 7.4 | 455 | 4.1 | 1,472 | 8.4 | 35 | 24.2 | 40 | 33.3 |
| VI | 300 | 20.3 | 53 | 15.4 | 174 | 18.4 | 72 | 30.3 | 1 | - |
| 4TH | 11,975 | 7.4 | 3,212 | 5.5 | 7,433 | 7.8 | 1,142 | 9.0 | 188 | 19.4 |
| MD | 2,638 | 6.3 | 1,023 | 6.1 | 1,286 | 6.2 | 284 | 7.6 | 45 | 23.2 |
| NC,E | 919 | 10.3 | 407 | 8.1 | 496 | 11.4 | 9 | - | 7 | - |
| NC,M | 778 | 9.3 | 263 | 7.9 | 409 | 10.3 | 102 | 10.5 | 4 | - |
| NC,W | 980 | 7.5 | 321 | 10.2 | 535 | 3.6 | 109 | 17.6 | 15 | 21.5 |
| SC | 2,635 | 8.0 | 400 | 2.5 | 2,047 | 9.0 | 144 | 11.4 | 44 | 22.3 |
| VA,E | 2,062 | 4.8 | 425 | 3.5 | 1,163 | 4.5 | 440 | 7.3 | 34 | 9.5 |
| VA,W | 706 | 8.6 | 172 | 7.0 | 489 | 9.0 | 25 | 9.9 | 20 | 14.5 |
| WV,N | 395 | 12.1 | 138 | 10.4 | 238 | 12.6 | 12 | 18.2 | 7 | - |
| WV,S | 862 | 10.3 | 63 | 2.3 | 770 | 10.8 | 17 | 17.8 | 12 | 21.1 |

175

## Table C-5. (September 30, 2007—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **5TH** | **28,070** | **11.0** | **4,680** | **6.1** | **13,494** | **7.3** | **3,150** | **11.2** | **6,746** | **127.6** |
| LA,E | 5,647 | 7.9 | 172 | 3.4 | 3,354 | 5.6 | 2,050 | 11.3 | 71 | 18.1 |
| LA,M | 7,037 | 127.6 | 359 | 6.0 | 306 | 10.4 | 30 | 24.7 | 6,342 | 127.6 |
| LA,W | 1,567 | 9.9 | 494 | 5.9 | 995 | 10.9 | 33 | 25.5 | 45 | 29.0 |
| MS,N | 681 | 12.4 | 128 | 6.9 | 414 | 11.3 | 113 | 16.5 | 26 | 23.4 |
| MS,S | 2,355 | 10.8 | 1,450 | 9.7 | 814 | 11.3 | 49 | 18.9 | 42 | 20.3 |
| TX,N | 2,799 | 6.8 | 94 | 7.8 | 2,658 | 6.6 | 5 | - | 42 | 19.2 |
| TX,E | 1,630 | 9.0 | 280 | 5.0 | 1,244 | 9.1 | 64 | 12.6 | 42 | 19.2 |
| TX,S | 4,054 | 6.6 | 1,012 | 3.7 | 2,213 | 6.5 | 749 | 9.7 | 80 | 18.4 |
| TX,W | 2,300 | 7.5 | 691 | 5.9 | 1,496 | 7.7 | 57 | 13.0 | 56 | 16.6 |
| **6TH** | **16,993** | **9.6** | **3,932** | **4.8** | **9,385** | **9.8** | **3,385** | **13.3** | **291** | **24.4** |
| KY,E | 1,380 | 9.4 | 148 | 6.2 | 1,200 | 9.4 | 15 | 20.3 | 17 | 19.2 |
| KY,W | 1,078 | 9.6 | 301 | 8.2 | 675 | 9.4 | 87 | 19.1 | 15 | 22.5 |
| MI,E | 3,656 | 8.3 | 847 | 3.8 | 1,278 | 6.2 | 1,456 | 13.1 | 75 | 24.6 |
| MI,W | 928 | 7.2 | 138 | 2.9 | 761 | 8.0 | 15 | 18.9 | 14 | 27.9 |
| OH,N | 4,772 | 10.0 | 963 | 3.8 | 2,913 | 15.0 | 855 | 9.9 | 41 | 16.0 |
| OH,S | 2,250 | 10.6 | 936 | 6.4 | 789 | 11.0 | 490 | 14.6 | 35 | 24.3 |
| TN,E | 1,015 | 12.4 | 169 | 6.6 | 391 | 9.0 | 419 | 16.1 | 36 | 25.6 |
| TN,M | 986 | 9.1 | 83 | 3.5 | 864 | 9.5 | 13 | 21.7 | 26 | 27.0 |
| TN,W | 928 | 11.9 | 347 | 10.2 | 514 | 11.4 | 35 | 27.2 | 32 | 29.8 |
| **7TH** | **12,654** | **7.5** | **3,753** | **5.1** | **7,083** | **7.6** | **1,617** | **11.7** | **201** | **25.5** |
| IL,N | 6,474 | 6.2 | 2,338 | 4.8 | 3,463 | 6.0 | 582 | 12.7 | 91 | 29.0 |
| IL,C | 663 | 9.1 | 258 | 7.7 | 376 | 9.4 | 10 | 22.1 | 19 | 23.0 |
| IL,S | 884 | 8.5 | 218 | 5.2 | 621 | 9.2 | 20 | 18.3 | 25 | 25.5 |
| IN,N | 1,203 | 10.6 | 278 | 6.8 | 526 | 10.6 | 380 | 13.4 | 19 | 22.6 |
| IN,S | 1,872 | 9.9 | 451 | 5.8 | 1,092 | 9.7 | 311 | 12.8 | 18 | 28.1 |
| WI,E | 1,051 | 8.2 | 168 | 3.5 | 789 | 8.9 | 79 | 14.6 | 15 | 30.7 |
| WI,W | 507 | 4.6 | 42 | 1.4 | 216 | 3.1 | 235 | 5.9 | 14 | 8.3 |
| **8TH** | **11,976** | **10.5** | **3,271** | **5.2** | **5,825** | **9.4** | **2,660** | **32.9** | **220** | **21.6** |
| AR,E | 1,171 | 12.7 | 227 | 10.3 | 885 | 12.7 | 4 | - | 55 | 19.9 |
| AR,W | 587 | 10.3 | 16 | 5.3 | 553 | 10.2 | 3 | - | 15 | 13.4 |
| IA,N | 447 | 9.0 | 50 | 4.4 | 379 | 9.0 | 5 | - | 13 | 20.9 |
| IA,S | 570 | 10.3 | 104 | 5.6 | 293 | 8.3 | 165 | 15.4 | 8 | - |
| MN | 4,614 | 13.7 | 1,269 | 2.6 | 897 | 7.3 | 2,414 | 34.4 | 34 | 25.8 |
| MO,E | 1,814 | 7.4 | 737 | 6.0 | 1,038 | 8.0 | 7 | - | 32 | 22.2 |
| MO,W | 1,475 | 8.5 | 707 | 7.8 | 741 | 8.9 | 10 | 24.5 | 17 | 21.9 |
| NE | 855 | 11.3 | 21 | 1.7 | 770 | 10.4 | 35 | 17.2 | 29 | 19.9 |
| ND | 175 | 10.6 | 60 | 8.2 | 106 | 10.9 | 3 | - | 6 | - |
| SD | 268 | 10.5 | 80 | 9.4 | 163 | 9.9 | 14 | 16.8 | 11 | 27.3 |

## Table C-5. (September 30, 2007—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **9TH** | **27,383** | **7.8** | **8,961** | **6.0** | **16,283** | **8.1** | **1,622** | **12.8** | **517** | **23.1** |
| AK | 290 | 9.1 | 78 | 6.0 | 207 | 10.0 | - | - | 5 | - |
| AZ | 2,031 | 9.9 | 758 | 8.3 | 1,188 | 10.3 | 32 | 25.9 | 53 | 31.2 |
| CA,N | 4,205 | 6.7 | 1,382 | 3.8 | 1,652 | 5.5 | 1,116 | 11.9 | 55 | 23.3 |
| CA,E | 2,118 | 9.3 | 872 | 7.1 | 1,180 | 10.5 | 28 | 19.1 | 38 | 32.4 |
| CA,C | 8,560 | 6.8 | 2,730 | 5.3 | 5,566 | 7.3 | 87 | 17.1 | 177 | 18.4 |
| CA,S | 2,033 | 5.9 | 389 | 4.6 | 1,490 | 6.3 | 120 | 7.4 | 34 | 24.6 |
| HI | 637 | 10.3 | 366 | 8.4 | 217 | 10.5 | 39 | 18.7 | 15 | 19.7 |
| ID | 401 | 11.5 | 27 | 4.0 | 331 | 10.7 | 27 | 17.8 | 16 | 26.6 |
| MT | 511 | 9.5 | 211 | 8.0 | 233 | 9.2 | 56 | 14.1 | 11 | 18.0 |
| NV | 1,618 | 9.6 | 658 | 9.0 | 880 | 9.6 | 57 | 10.9 | 23 | 35.8 |
| OR | 1,840 | 10.1 | 684 | 8.6 | 1,106 | 10.7 | 9 | - | 41 | 21.6 |
| WA,E | 495 | 8.1 | 149 | 5.4 | 306 | 7.9 | 28 | 13.6 | 12 | 24.2 |
| WA,W | 2,583 | 8.1 | 628 | 5.3 | 1,903 | 8.5 | 17 | 15.3 | 35 | 19.0 |
| GUAM | 24 | 7.0 | 14 | 5.2 | 6 | - | 4 | - | - | - |
| NMI | 37 | 10.3 | 15 | 8.0 | 18 | 11.1 | 2 | - | 2 | - |
| **10TH** | **7,821** | **8.6** | **1,384** | **5.1** | **5,003** | **8.0** | **1,249** | **12.5** | **185** | **23.3** |
| CO | 2,030 | 6.9 | 59 | 2.7 | 1,812 | 6.5 | 112 | 17.5 | 47 | 28.5 |
| KS | 1,127 | 8.6 | 321 | 6.5 | 665 | 8.1 | 109 | 17.5 | 32 | 23.4 |
| NM | 1,028 | 9.3 | 171 | 3.2 | 397 | 8.8 | 434 | 11.9 | 26 | 21.0 |
| OK,N | 686 | 10.4 | 74 | 3.3 | 581 | 10.9 | 19 | 17.9 | 12 | 19.5 |
| OK,E | 480 | 9.4 | 342 | 11.1 | 114 | 7.1 | 12 | 11.2 | 12 | 12.0 |
| OK,W | 1,154 | 8.0 | 309 | 3.5 | 422 | 6.7 | 407 | 11.6 | 16 | 16.8 |
| UT | 1,028 | 9.5 | 66 | 2.3 | 898 | 9.2 | 35 | 19.2 | 29 | 29.2 |
| WY | 288 | 12.4 | 42 | 7.3 | 114 | 82.7 | 121 | 10.3 | 11 | 15.4 |
| **11TH** | **21,068** | **6.7** | **3,429** | **4.4** | **16,130** | **6.6** | **1,166** | **13.6** | **343** | **19.9** |
| AL,N | 2,869 | 5.7 | 496 | 7.8 | 2,313 | 4.4 | 20 | 20.3 | 40 | 24.3 |
| AL,M | 791 | 10.0 | 234 | 7.0 | 462 | 9.9 | 74 | 16.3 | 21 | 15.8 |
| AL,S | 662 | 7.3 | 124 | 5.1 | 490 | 7.2 | 32 | 16.3 | 16 | 13.7 |
| FL,N | 896 | 7.5 | 244 | 6.1 | 612 | 8.1 | 18 | 13.6 | 22 | 21.3 |
| FL,M | 5,844 | 6.8 | 456 | 5.7 | 4,999 | 6.8 | 103 | 17.4 | 86 | 21.1 |
| FL,S | 6,051 | 5.0 | 1,138 | 3.0 | 4,667 | 5.3 | 158 | 12.2 | 88 | 17.1 |
| GA,N | 2,881 | 7.7 | 544 | 3.4 | 1,572 | 7.1 | 714 | 12.1 | 51 | 26.8 |
| GA,M | 634 | 11.3 | 130 | 7.7 | 495 | 12.6 | 4 | - | 5 | - |
| GA,S | 640 | 10.1 | 63 | 5.8 | 520 | 9.6 | 43 | 22.0 | 14 | 22.3 |

NOTE: MEDIAN TIME INTERVALS NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED. THIS TABLE EXCLUDES LAND CONDEMNATIONS, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS, AND ENFORCEMENT OF JUDGMENTS. FOR FISCAL YEARS PRIOR TO 2001, THIS TABLE INCLUDED DATA ON RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS.

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEMPER VALVE & FITTINGS CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 513 |
| | ) | |
| BUDDY WOOD, KENNETH KLINGBAIL, | ) | Honorable Judge Guzman |
| FLOW VALVE, LLC, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF MICHAEL WALSCHOT

State of Illinois    )
                     )
County of Lake       )

Michael Walschot, under penalty of perjury, deposes and says:

1. I am over eighteen years of age and am competent to testify as to the matters herein set forth. I make this declaration on the basis of my personal knowledge, to my best knowledge and belief.

2. I am the Controller for Kemper Valve & Fittings Corp. ("Kemper").

3. Kemper has its global headquarters in Island Lake, Illinois.

4. All of Kemper's original and confidential and proprietary engineering designs, drawings, specifications, standards, proprietary new product concepts, formulas, business records, and financial records are located and stored in Illinois. ("Kemper's Proprietary Information".) Access to Kemper's Proprietary Information is restricted to Kemper's key executives and limited key support staff.

5. Buddy Wood was Kemper's National Sales Manager, in addition to his duties as General Manager for Kemper's Sulphur, Oklahoma facilities. In that capacity, he was responsible for Kemper's Flow control line of products on a nationwide basis. Buddy Wood, as a key executive for Kemper had access to Kemper's Proprietary Information that was maintained in Illinois.

6. Wood came to Kemper's Illinois headquarters during his employment for business meetings, training and in his capacity as a National Sales Manager.

7. Kenneth Klingbail was Kemper's Engineer and then Engineering Manager during his employment with Kemper. His office was based solely at Kemper's headquarters in Illinois. Klingbail was responsible for overseeing and safeguarding Kemper's Proprietary Information. Klingbail's Confidentiality and Non-Compete Agreement was fully executed in Illinois.

8. As Kemper's Controller, I am responsible for overseeing and maintaining Kemper's internal finances and payroll records. In 2003, Wood was paid $110,899 in total compensation. In 2004, Wood was paid $129,176 in total compensation. In 2005, Wood was paid $421,936 in total compensation. In 2006, Wood was paid $674,132 in total compensation. Although Wood worked only one month at Kemper in 2007, he was paid $63,200 in total compensation in 2007. In 2003, Klingbail was paid $99,421 in total compensation. In 2004, Klingbail was paid $103,693 in total compensation. In 2005, Klingbail was paid $113,875 in total compensation. In 2006, Klingbail was paid $169,343 in total compensation. In 2007, Klingbail was paid $73,312 in total compensation working half the year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2008

_____
Michael Walschot

2