IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEMPER VALVE & FITTINGS CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08 C 513 |
| | ) | |
| BUDDY WOOD, KENNETH KLINGBAIL, | ) | Honorable Judge Guzman |
| FLOW VALVE, LLC, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ELECTRONIC FILING

To:   William W. Speed                                James D. Adducci
      George W. Braly                                 Paul E. Lehner
      Braly, Braly, Speed & Morris, PLLC              Adducci, Dorf, Lehner, Mitchell &
      201 W. 14th Street                                Blankenship, P.C.
      P.O. Box 2739                                   150 N. Michigan Avenue, Suite 2130
      Ada, OK  74821-2739                             Chicago, IL  60601

PLEASE TAKE NOTICE that on March 21, 2008, I electronically filed the attached Plaintiff's Response to Defendants' Motion to Transfer Venue with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, using the CM/ECF System.

Dated: March 21, 2008

Respectfully submitted,

s/Davi L. Hirsch
One of their Attorneys
DAVI L. HIRSCH (Atty. #06182757)
DANIEL R. MADOCK (Atty. #6192393)
JOSHUA D. HOLLEB (Atty. #6185409)
KLEIN DUB & HOLLEB, LTD.
660 LaSalle Place, Suite 100
Highland Park, IL  60035
Phone: (847) 681-9100
Fax: (847) 681-1600
dhirsch@labor-law.com
drm@labor-law.com
jdh@labor-law.com
Attorneys for Plaintiff