IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEMPER VALVE & FITTINGS CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  08 C 513 |
| ) | |
| BUDDY WOOD, KENNETH KLINGBAIL, ) | Honorable Judge Guzman |
| FLOW VALVE, LLC, ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

### NOTICE OF ELECTRONIC FILING

To:  William W. Speed                    James D. Adducci
     George W. Braly                     Paul E. Lehner
     Braly, Braly, Speed & Morris, PLLC  Adducci, Dorf, Lehner, Mitchell &
     201 W. 14th Street                      Blankenship, P.C.
     P.O. Box 2739                       150 N. Michigan Avenue, Suite 2130
     Ada, OK  74821-2739                 Chicago, IL  60601

PLEASE TAKE NOTICE that on March 21, 2008, I electronically filed the attached Plaintiff's Response to Defendant's Motion to Dismiss or Transfer Venue with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, using the CM/ECF System.

Dated: March 21, 2008                    Respectfully submitted,

                                         s/Davi L. Hirsch
                                         One of their Attorneys
                                         DAVI L. HIRSCH (Atty. #06182757)
                                         DANIEL R. MADOCK (Atty. #6192393)
                                         JOSHUA D. HOLLEB (Atty. #6185409)
                                         KLEIN DUB & HOLLEB, LTD.
                                         660 LaSalle Place, Suite 100
                                         Highland Park, IL  60035
                                         Phone: (847) 681-9100
                                         Fax: (847) 681-1600
                                         dhirsch@labor-law.com
                                         drm@labor-law.com
                                         jdh@labor-law.com
                                         Attorneys for Plaintiff