IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEMPER VALVE & FITTINGS CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 513 |
| ) | |
| BUDDY WOOD, KENNETH KLINGBAIL, ) | Honorable Judge Guzman |
| FLOW VALVE, LLC, ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

### REPORT OF PARTIES' PLANNING CONFERENCE

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a conference was held on April 15, 2008 and was attended by:

   *For Plaintiff:*    DAVI L. HIRSCH
                     JOSHUA D. HOLLEB
                     KLEIN DUB & HOLLEB, LTD.
                     660 LaSalle Place, Suite 100
                     Highland Park, IL 60035
                     Phone: (847) 681-9100
                     Fax: (847) 681-1600

   *For Defendants:*   WILLIAM W. SPEED
                     BRALY, BRALY, SPEED & MORRIS, PLLC
                     201 W. 14th Street
                     P.O. Box 2739
                     Ada, OK 74821-2739

2. **Pre-Discovery Disclosures.** The parties will exchange by May 21, 2008 the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan with each party reserving its right to challenge any specific discovery request:

   a.  All written discovery commenced in time to be completed by October 31, 2008 with fact discovery anticipated to close on October 31, 2008.

   b.  Maximum of interrogatories by each party to any other party is 25, with responses due 30 days after service.

   c.  Maximum of requests for admission by each party to any other party is 30, with responses due 30 days after service.

   d.  Maximum number of depositions by Plaintiff is 10 and by Defendants is 10 (without leave of Court).

   e.  Each deposition is limited to seven hours unless extended by agreement of parties.

   f.  Reports from retained experts under Rule 26(a)(2) due from Plaintiff by October 31, 2008 and from Defendants by November 30, 2008, with supplementation by the parties under Rule 26(e) due at least 30 days before trial. Defendants shall take the depositions of Plaintiff's experts by November 30, 2008 and Plaintiff shall take the depositions of Defendants' experts by December 31, 2008.

4. **Other Items.**

   a.  The parties do not request a conference with the Court before entry of the scheduling order.

   b.  The parties request a pre-trial conference no later than January 31, 2009 or such earlier time as the Court deems appropriate.

   c.  Plaintiff should be allowed until July 15, 2008 to join additional parties and until July 31, 2008 to amend the pleadings.

   d.  Defendants should be allowed until July 31, 2008 to join additional parties and until August 15, 2008 to amend the pleadings.

   e.  All potentially dispositive motions should be filed by January 31, 2009.

   f.  The parties are actively discussing settlement..

   g.  Final lists of witness and exhibits under Rule 26(a)(3) should be due from Plaintiff by 45 days before trial, and from Defendant by 30 days before trial. Each party shall have 14 days after receipt of the other party's witness and exhibit lists to lodge objections under Rule 26(a)(3).

   h.  The case should be ready for trial in February 2009, and at this time is expected to take approximately one week.

5. **Consent.** The parties do not consent unanimously to proceed before a Magistrate Judge.

Dated: April 16, 2008

| | |
|---|---|
| s/Davi L. Hirsch | s/William W. Speed |
| DAVI L. HIRSCH (Atty. #06182757) | WILLIAM W. SPEED |
| JOSHUA D. HOLLEB (Atty. #6185409) | |
| KLEIN DUB & HOLLEB, LTD. | BRALY, BRALY, SPEED & MORRIS, PLLC |
| 660 LaSalle Place, Suite 100 | 201 W. 14th Street |
| Highland Park, IL  60035 | P.O. Box 2739 |
| Phone: (847) 681-9100 | Ada, OK  74821-2739 |
| Fax: (847) 681-1600 | |
| | JAMES D. ADDUCCI |
| | PAUL E. LEHNER |
| | ADDUCCI, DORF, LEHNER, MITCHELL |
| | & BLANKENSHIP, P.C. |
| | 150 N. Michigan Avenue, Suite 2130 |
| | Chicago, IL  60601 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Report of Parties' Planning Conference was served upon:

WILLIAM W. SPEED
BRALY, BRALY, SPEED & MORRIS, PLLC
201 W. 14th Street
P.O. Box 2739
Ada, OK 74821-2739

JAMES D. ADDUCCI
PAUL E. LEHNER
ADDUCCI, DORF, LEHNER, MITCHELL & BLANKENSHIP, P.C.
150 N. Michigan Avenue, Suite 2130
Chicago, IL 60601

via regular U. S. Mail, postage prepaid, this 16th day of April, 2008.

s/Davi L. Hirsch
Davi L. Hirsch