## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Kemper Valve & Fittings Corp.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−00513
                                            Honorable Ronald A. Guzman

Buddy Wood, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

   MINUTE entry before Judge Honorable Ronald A. Guzman: Status hearing set for 5/1/08 is reset to 5/30/2008 at 09:30 AM. on parties request.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.