## EXHIBIT "A"

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **KEMPER VALVE & FITTINGS CORP.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08 C 513** |
| | ) | |
| **BUDDY WOOD, KENNETH KLINGBAIL,** | ) | **HONORABLE JUDGE GUZMAN** |
| **FLOW VALVE, LLC,** | ) | **MAGISTRATE JUDGE NOLAN** |
| | ) | |
| **Defendants.** | ) | |

### STIPULATION OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(A)

IT IS HEREBY STIPULATED AND AGREED by and among the parties that, pursuant to the Federal Rule of Civil Procedure 441(a), the above-captioned action be, and hereby is, dismissed with prejudice and without costs or fees to any party.

Dated:  May  29, 2008

s/Davi L. Hirsch
DAVI L. HIRSCH  (#06182757)
KLEIN DUB & HOLLEB, LTD.
660 LaSalle Place, Suite 100
Highland Park, IL  60035
Telephone:  (847) 681-9100

*ATTORNEYS FOR PLAINTIFF*

 /s/Paul E. Lehner
JAMES D. ADDUCCI
PAUL E. LEHNER
ADDUCCI, DORF, LEHNER, MITCHELL
& BLANKENSHIP, P.C.
150 N. Michigan Ave., Suite 2130
Chicago, Il  60601
Telephone:  (312) 781-2800


WILLIAM W. SPEED
BRALY, BRALY, *et al.*
201 W. 14th Street
P.O. Box 2739
Ada, OK  74821-2739

*ATTORNEYS FOR DEFENDANTS*